UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE C. BROWN,

    Petitioner,

v.

    Case No.: 1:08-cv-593

    HON. PAUL L. MALONEY

WILLIAM A. FORSYTH et al.,

    Respondents.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. No. 4) filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (Dkt. No. 4) is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the habeas corpus petition (Dkt. No. 1) is **DISMISSED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**

Dated: August 13, 2008             /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District Judge